# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLES COLEMAN** | **CIVIL ACTION NO. 05-0236-M** |
| VS. | SECTION P |
| **CALDWELL CORRECTIONAL CENTER,** | JUDGE JAMES |
| ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this the 22nd day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE